```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ALEJANDRA MODESTO,

                                Plaintiff,      1:23-cv-1591-GHW-BCM

                -v -                                ORDER

UNITED COLLECTION BUREAU, INC.,

                              Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On February 27, 2023, this case was removed to this Court from the Civil Court of the City of New York, Bronx County. Dkt. No. 1. On March 9, 2023, the parties filed a joint stipulation to remand this case to state court. Based on the parties' stipulation, the Court hereby REMANDS this case to state court. *See* 28 U.S.C. § 1447(c).

      The Clerk of Court is directed to remand this case to the Civil Court of the City of New York, Bronx County, without delay.

      SO ORDERED.

Dated: March 13, 2023
       New York, New York

                                                    GREGORY H. WOODS
                                             United States District Judge